**UNITED STATES of America,
Appellee,**

v.

**James L. ANDERSON, Appellant.**

**No. 05–1163.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 18, 2006.

Filed: Sept. 25, 2006.

Douglas Richard Semisch, Omaha, NE,
for United States of America.

James L. Anderson, Leavenworth, KS,
pro se.

Donald B. Fiedler, Omaha, NE, for
James L. Anderson.

Before RILEY, COLLOTON, and
GRUENDER, Circuit Judges.

PER CURIAM.

James L. Anderson appeals the sentence
that the district court[1] imposed after he
pleaded guilty to two counts of robbing a
federally insured bank, in violation of 18
U.S.C. § 2113(a), and one count of brand-
ishing a firearm during one of the robber-
ies, in violation of 18 U.S.C.
§ 924(c)(1)(A)(ii). On appeal, counsel has
moved to withdraw and has filed a brief
under *Anders v. California*, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in
which he argues that the sentence imposed
is too harsh, and that Anderson should

have received a sentence reduction in light
of his role in the bank robberies as an
aider and abettor.

Anderson may not, however, challenge
his sentence as too severe, because the
district court sentenced him consistent
with the parties' plea agreement. *See
United States v. Nguyen*, 46 F.3d 781, 783
(8th Cir.1995) ("A defendant who explicitly
and voluntarily exposes himself to a specif-
ic sentence may not challenge that punish-
ment on appeal."). Further, we have care-
fully reviewed the record in accordance
with *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct.
346, 102 L.Ed.2d 300 (1988), and have
found no nonfrivolous issues.

Accordingly, we affirm the district
court's judgment, and we grant counsel
leave to withdraw. We also deny
Anderson's motions for appointment of
new counsel.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.